UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LYNNDA HENSON, | CASE NO. 3:24-cv-05440-DGE |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO AMEND COMPLAINT (DKT. NO. 18) |
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Defendant. | |

Presently before the Court is Plaintiff's motion to amend her complaint. (Dkt. No. 18.) Plaintiff seeks to amend her complaint to add a cause of action for violation of the Insurance Fair Conduct Act ("IFCA"). (*Id.* at 1.) Plaintiff contends the amendment is necessary to add this cause of action due to Defendant's violations of Washington insurance law. (*Id.*) Defendant has not filed an opposition to Plaintiff's motion.

Federal Rule of Civil Procedure 15(a)(2) provides "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). When assessing whether to grant a party

ORDER GRANTING MOTION TO AMEND COMPLAINT (DKT. NO. 18) - 1

leave to amend, the Court must consider "bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously amended the complaint." *United States v. Corinthian Colleges*, 655 F.3d 984, 995 (9th Cir. 2011). Plaintiff has not previously amended the complaint and there is no evidence of bad faith, undue delay, or prejudice to the Defendants. Nor is there any evidence that amendment would be futile.

Accordingly, Plaintiff's motion to amend her complaint (Dkt. No. 18) is GRANTED.

Dated this 8th day of November, 2024.

David G. Estudillo
United States District Judge